**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| EMOJI COMPANY GmbH, | ) |
| | ) |
| Plaintiff, | ) Case No.: 20-cv-4678 |
| | ) |
| v. | ) |
| | ) Judge Andrea R. Wood |
| THE INDIVIDUALS, CORPORATIONS, | ) |
| LIMITED LIABILITY COMPANIES, | ) |
| PARTNERSHIPS AND | ) |
| UNINCORPORATED ASSOCIATIONS | ) |
| IDENTIFIED ON SCHEDULE A HERETO, | ) |
| | ) |
| Defendants. | ) |

## STATUS REPORT

Plaintiff's counsel submits this Status Report, prepared solely by Plaintiff's counsel because no appearances have yet been filed for any of the Defendants.

A. <u>Progress of Discovery</u>. Plaintiff filed a motion for a temporary restraining order and related motions including a motion for leave to issue expedited discovery on August 10, 2020, which motions are pending.

B. <u>Status of Briefing on Any Unresolved Motions</u>. The foregoing motions have been briefed by Plaintiff.

C. <u>Settlement Efforts</u>. Plaintiff shall engage in settlement discussions with Defendants upon entry of a temporary restraining order.

D. <u>Proposed Schedule for Next 45 Days</u>. See E. below.

E. <u>Proposed Revised Discovery and Dispositive Motion Schedule</u>. Plaintiff intends to move for entry of a preliminary injunction about 14 days after entry of a temporary restraining order and for entry of default judgment about 60 days thereafter.

F. <u>Agreed Actions the Court Can Take Without a Hearing</u>. The parties currently do not have any agreed actions the Court can take without a hearing.

G. <u>Service of Process</u>. Defendants shall be served if and when a temporary restraining order is entered.

Respectfully submitted,

Dated: October 21, 2020      EMOJI COMPANY GmbH

By:    s/ Michael A. Hierl
       Michael A. Hierl (Bar No. 3128021)
       William B. Kalbac (Bar No. 6301771)
       Hughes Socol Piers Resnick & Dym, Ltd.
       Three First National Plaza
       70 W. Madison Street, Suite 4000
       Chicago, Illinois 60602
       (312) 580-0100 Telephone
       (312) 580-1994 Facsimile
       mhierl@hsplegal.com

       Attorneys for Plaintiff
       EMOJI COMPANY GmbH

## **CERTIFICATE OF FILING**

      The undersigned attorney hereby certifies that a true and correct copy of the foregoing Status Report was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on October 21, 2020.

                                                                               s/Michael A. Hierl